**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

SARITA RICAURTER,

              Plaintiff,

              -against-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

              Defendant.

------------------------------------------------------------x

20-CV-5527 (ER)(OTW)

**ORDER OF SERVICE**

      **ONA T. WANG**, **United States Magistrate Judge**:

      Plaintiff, appearing *pro se*, brings this action under 42 U.S.C. § 405(g), seeking court review of a decision of the Commissioner of the Social Security Administration. By order dated March 2, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis.

      The Clerk of Court shall electronically notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case.

      **SO ORDERED.**

Dated: March 4, 2021
       New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge